# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO PEREZ, A/K/A ANTONIO PEREZ PEREZ,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 77205

**FILED**

NOV 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 14, 2018. Appellant did not file the notice of appeal, however, until October 15, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-902675

cc: Hon. Eric Johnson, District Judge
Antonio Perez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A